UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :        SUPERSEDING INDICTMENT
                                  :
        - v. -                    :        S5 14 Cr. 716
                                  :
BAKTASH AKASHA ABDALLA,           :
    a/k/a "Baktash Akasha,"       :
IBRAHIM AKASHA ABDALLA,           :
    a/k/a "Ibrahim Akasha,"       :
GULAM HUSSEIN,                    :
    a/k/a "Hussein Shabakhash,"   :
    a/k/a "Hadji Hussein,"        :
    a/k/a "Old Man," and          :
VIJAYGIRI ANANDGIRI GOSWAMI,      :
    a/k/a "Vijay Goswami,"        :
    a/k/a "Vicky Goswami,"        :
                                  :
        Defendants.               :
                                  :
- - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11\10\14

## THE DEFENDANTS

1.    BAKTASH AKASHA ABDALLA, a/k/a "Baktash Akasha,"
the defendant, is the leader of an organized crime family in
Kenya (the "Akasha Organization"). The Akasha Organization has
engaged in, among other things, the production and distribution
of ton quantities of narcotics within Kenya and throughout
Africa. Moreover, the Akasha Organization's distribution
network extends beyond the African continent and includes the
distribution of narcotics for importation into the United
States.

2.    IBRAHIM AKASHA ABDALLA, a/k/a "Ibrahim Akasha,"
the defendant, is the brother and deputy of BAKTASH AKASHA

ABDALLA, a/k/a "Baktash Akasha," the defendant.  On behalf of the Akasha Organization and in furtherance of the narcotics offenses charged in this Indictment, IBRAHIM AKASHA personally delivered one-kilogram samples of heroin and methamphetamine and a 98 kilogram shipment of heroin, which he understood would be imported into the United States.

        3.   GULAM HUSSEIN, a/k/a "Hussein Shabakhash," a/k/a "Hadji Hussein," a/k/a "Old Man," the defendant, is a resident of Pakistan, a long-time associate of VIJAYGIRI ANANDGIRI GOSWAMI, a/k/a "Vijay Goswami," a/k/a "Vicky Goswami," the defendant, and the head of a transportation network that distributes massive quantities of narcotics throughout the Middle East and Africa.  HUSSEIN has acknowledged transporting tons of kilograms of heroin by sea.  On behalf of the Akasha Organization and in furtherance of the narcotics offenses charged in this Indictment, HUSSEIN transported large quantities of heroin for the Akasha Organization, which he understood would be imported into the United States.

        4.   VIJAYGIRI ANANDGIRI GOSWAMI, a/k/a "Vijay Goswami," a/k/a "Vicky Goswami," the defendant, manages the Akasha Organization's drug business, including the procurement and distribution of heroin and the production and distribution of methamphetamine.  On behalf of the Akasha Organization and in furtherance of the narcotics offenses charged in this

Indictment, GOSWAMI arranged for the sale of large quantities of heroin and methamphetamine, which he understood would be imported into the United States.

5.     Beginning in approximately March 2014, BAKTASH AKASHA ABDALLA, a/k/a "Baktash Akasha," IBRAHIM AKASHA ABDALLA, a/k/a "Ibrahim Akasha," and VIJAYGIRI ANANDGIRI GOSWAMI, a/k/a "Vijay Goswami," a/k/a "Vicky Goswami," the defendants, conspired with each other and others to import hundreds of kilograms of heroin into the United States.  BAKTASH AKASHA, IBRAHIM AKASHA, and GOSWAMI negotiated on behalf of the Akasha Organization to obtain hundreds of kilograms of heroin from suppliers in the Afghanistan/Pakistan region, which they understood would ultimately be imported into the United States. The Akasha Organization defendants also agreed to use the narcotics transportation network of GULAM HUSSEIN, a/k/a "Hussein Shabakhash," a/k/a "Hadji Hussein," a/k/a "Old Man," the defendant, to transport the heroin from the Afghanistan/Pakistan region to East Africa for importation into the United States.

6.     In furtherance of this conspiracy, in October 2014, IBRAHIM AKASHA ABDALLA, a/k/a "Ibrahim Akasha," the defendant, delivered a one-kilogram sample of heroin to another individual on behalf of the Akasha Organization in Nairobi, Kenya.  Thereafter, in November 2014, BAKTASH AKASHA ABDALLA,

3

a/k/a "Baktash Akasha," IBRAHIM AKASHA ABDALLA, a/k/a "Ibrahim Akasha," GULAM HUSSEIN, a/k/a "Hussein Shabakhash," a/k/a "Hadji Hussein," a/k/a "Old Man," and VIJAYGIRI ANANDGIRI GOSWAMI, a/k/a "Vijay Goswami," a/k/a "Vicky Goswami," the defendants, arranged for and delivered approximately 98 additional kilograms of heroin in Nairobi, Kenya, which they understood would be imported into the United States.

7.    Beginning in approximately August 2014, BAKTASH AKASHA ABDALLA, a/k/a "Baktash Akasha," IBRAHIM AKASHA ABDALLA, a/k/a "Ibrahim Akasha," and VIJAYGIRI ANANDGIRI GOSWAMI, a/k/a "Vijay Goswami," a/k/a "Vicky Goswami," the defendants, conspired with each other and others to import kilogram-quantities of methamphetamine into the United States.  BAKTASH AKASHA, IBRAHIM AKASHA, and GOSWAMI negotiated on behalf of the Akasha Organization to produce high-quality methamphetamine in Africa, which they understood would be imported into the United States.

8.    In furtherance of this conspiracy, in September 2014, IBRAHIM AKASHA ABDALLA, a/k/a "Ibrahim Akasha," the defendant, delivered a one-kilogram sample of methamphetamine to another individual on behalf of the Akasha Organization in Nairobi, Kenya.  Thereafter, in November 2014, BAKTASH AKASHA ABDALLA, a/k/a "Baktash Akasha," IBRAHIM AKASHA, and VIJAYGIRI ANANDGIRI GOSWAMI, a/k/a "Vijay Goswami," a/k/a "Vicky Goswami,"

4

the defendants, arranged for and delivered an additional kilogram of methamphetamine in Nairobi, Kenya, which they understood would be imported into the United States.

## COUNT ONE

### (Conspiracy to Import Heroin)

The Grand Jury charges:

9.   From at least in or about March 2014, up to and including the date of the filing of this Indictment, in Kenya and elsewhere, and in an offense begun outside the jurisdiction of any particular State or district of the United States, BAKTASH AKASHA ABDALLA, a/k/a "Baktash Akasha," IBRAHIM AKASHA ABDALLA, a/k/a "Ibrahim Akasha," GULAM HUSSEIN, a/k/a "Hussein Shabakhash," a/k/a "Hadji Hussein," a/k/a "Old Man," and VIJAYGIRI ANANDGIRI GOSWAMI, a/k/a "Vijay Goswami," a/k/a "Vicky Goswami," the defendants, who will be first brought to and arrested in the Southern District of New York and whose point of entry into the United States will be the Southern District of New York, and others known and unknown, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

10.   It was a part and an object of the conspiracy that BAKTASH AKASHA ABDALLA, a/k/a "Baktash Akasha," IBRAHIM AKASHA ABDALLA, a/k/a "Ibrahim Akasha," GULAM HUSSEIN, a/k/a

"Hussein Shabakhash," a/k/a "Hadji Hussein," a/k/a "Old Man,"
and VIJAYGIRI ANANDGIRI GOSWAMI, a/k/a "Vijay Goswami," a/k/a
"Vicky Goswami," the defendants, and others known and unknown,
would and did distribute a controlled substance, intending and
knowing that such a substance would be unlawfully imported into
the United States or into waters within a distance of 12 miles
of the coast of the United States, in violation of Sections 812,
959(a) & (c), and 960(a)(3) of Title 21, United States Code.

11.   The controlled substance involved in the offense
was one kilogram and more of a mixture and substance containing
a detectable amount of heroin, in violation of Section
960(b)(1)(A) of Title 21, United States Code.

### Overt Acts

12.   In furtherance of said conspiracy and to effect
the illegal object thereof, BAKTASH AKASHA ABDALLA, a/k/a
"Baktash Akasha," IBRAHIM AKASHA ABDALLA, a/k/a "Ibrahim
Akasha," GULAM HUSSEIN, a/k/a "Hussein Shabakhash," a/k/a "Hadji
Hussein," a/k/a "Old Man," and VIJAYGIRI ANANDGIRI GOSWAMI,
a/k/a "Vijay Goswami," a/k/a "Vicky Goswami," the defendants,
committed the following overt acts, among others:

a.   On or about March 28, 2014, BAKTASH AKASHA
met in Mombasa, Kenya, with two individuals who described
themselves as representatives of a Colombian drug trafficking
organization (the "Colombian Organization"), but who were in

6

fact confidential sources working at the direction and under the supervision of the Drug Enforcement Administration ("CS-1" and "CS-2"). During the meeting, which was audio- and video-recorded, and after being told that the Colombian Organization wanted to obtain a source of high-quality heroin for importation into the United States, BAKTASH AKASHA told CS-1, in substance and in part, that he could supply any quantity of "one hundred percent" "white crystal," referring to pure heroin.

        b.    On or about March 29, 2014, BAKTASH AKASHA met in Mombasa, Kenya, with CS-1. During the meeting, which was audio- and video-recorded, BAKTASH AKASHA stated the following, in substance and in part, to CS-1:

        i.    The price of heroin delivered in Africa was approximately $12,000 to $14,000 per kilogram, but if CS-1 paid up front, the price would be approximately $9,000 to $10,000 per kilogram.

        ii.    There is a communications company in Europe that provides cellphones that are so secure that you can say "hashish" and "crystal" over the telephone without worrying about being intercepted by American or Israeli intelligence.

        c.    On or about April 25, 2014, BAKTASH AKASHA, IBRAHIM AKASHA, and GOSWAMI met in Mombasa, Kenya with CS-1. During the meeting, which was audio- and video-recorded, BAKTASH AKASHA stated the following, in substance and in part, to CS-1

in the presence of IBRAHIM AKASHA and GOSWAMI:

           i.   He (BAKTASH AKASHA) had contacted one of his heroin suppliers in Pakistan, a co-conspirator not named as a defendant herein ("CC-1"), and told him that CS-1 wanted to buy 500 kilograms of "carat diamond," referring to high-quality heroin.

           ii.  He (BAKTASH AKASHA) told CC-1 that the "diamond" (heroin) should be of the highest quality because CS-1 was taking the "diamond" to America.

           iii. The American-type heroin would cost CS-1 approximately $12,000 per kilogram.

           iv.  CC-1 told BAKTASH AKASHA that he had 420 kilograms of 100% pure heroin available.

        d.   On or about May 2, 2014, BAKTASH AKASHA participated in a telephone conversation with CS-1. During the call, which was recorded, AKASHA discussed providing CS-1 with three one-kilogram samples of heroin from a potential supplier.

        e.   On or about June 10, 2014, BAKTASH AKASHA participated in a telephone conversation with CS-1. During the call, which was recorded, AKASHA discussed CC-1 sending a one-kilogram heroin sample to a country in east Africa for CS-1.

        f.   On or about June 22, 2014, GOSWAMI participated in a telephone conversation with CS-1. During the call, which was recorded, GOSWAMI discussed assisting the

Colombian Organization with establishing methamphetamine laboratories in west Africa, and also stated that he (GOSWAMI) could procure ton-quantities of precursor chemicals for the production of methamphetamine and could produce methamphetamine in east Africa.

g.   On or about August 7, 2014, BAKTASH AKASHA and GOSWAMI participated in a telephone conversation with CS-1. During the call, which was recorded, BAKTASH AKASHA stated, in substance and in part, that the heroin shipments were delayed because of, among other things, religious holidays and rough seas in the Indian Ocean during the summer.   AKASHA and GOSWAMI also advised that GOSWAMI was taking over the drug side of the business for the Akasha Organization, and GOSWAMI stated that he would arrange for the delivery of a sample of heroin for CS-1.

h.   On or about August 21, 2014, GOSWAMI participated in a telephone conversation with CS-1.   During the call, which was recorded, GOSWAMI stated, in substance and in part, that the "Old Man" would be arriving in two days from Pakistan.

i.   On or about September 12, 2014, GOSWAMI participated in a telephone conversation with CS-1.   During the call, which was recorded, GOSWAMI stated, in substance and in part, that the "Old Man" had arrived to a neighboring location.

j.   On or about September 15, 2014, BAKTASH

9

AKASHA and HUSSEIN participated in a telephone conversation with CS-1.  During the call, which was recorded, BAKTASH AKASHA stated, in substance and in part, that 200 kilograms of heroin would arrive soon by sea, and HUSSEIN stated, in substance and in part, that his area was now open.

        k.   On or about September 19, 2014, BAKTASH AKASHA, IBRAHIM AKASHA, HUSSEIN, GOSWAMI, and two co-conspirators not named as defendants herein ("CC-2" and "CC-3") met with CS-1 in Mombasa, Kenya.  During this meeting, which was audio-recorded:

        i.   BAKTASH AKASHA introduced HUSSEIN as a narcotics transporter from Afghanistan who moves ton quantities of narcotics using ships.

        ii.   BAKTASH AKASHA said that the heroin supplier, known as "The Sultan," sent CC-3 as his representative.  GOSWAMI later said that he (GOSWAMI) and "The Sultan" were very close, which CC-3 confirmed.  GOSWAMI then instructed CC-3 to provide a one-kilogram sample of heroin to CS-1.

        iii. GOSWAMI said that they could deliver the larger quantity of heroin to CS-1 at an airstrip in a neighboring country in east Africa.

        iv.   GOSWAMI and HUSSEIN discussed HUSSEIN's past deliveries of ton-quantities of narcotics, and GOSWAMI said

that "The Sultan" was the number one supplier of white heroin in the world.

l.   On or about September 21, 2014, BAKTASH AKASHA, IBRAHIM AKASHA, HUSSEIN, and GOSWAMI met with CS-1 in Mombasa, Kenya.  During the meeting, which was audio- and video-recorded, IBRAHIM AKASHA discussed delivering the one-kilogram sample of methamphetamine to CS-1 the next day.

m.   On or about September 22, 2014, IBRAHIM AKASHA, CS-1, and an individual posing as a representative of the Colombian Organization, but who was in fact a confidential source working at the direction and under the supervision of the DEA ("CS-3"), along with others, traveled from Mombasa, Kenya, to Nairobi, Kenya.

n.   On or about September 22, 2014, IBRAHIM AKASHA and two co-conspirators not named as defendants herein ("CC-4" and "CC-5") delivered approximately one kilogram of methamphetamine to CS-1 in Nairobi, Kenya.

o.   On or about October 6, 2014, BAKTASH AKASHA and GOSWAMI participated in a telephone conversation with CS-1. During the call, which was recorded, GOSWAMI told CS-1 that they were waiting for the "Old Man's" (HUSSEIN's) shipment, and that CS-1's pilots should do a few dry runs.  GOSWAMI and CS-1 also discussed CS-1's need for additional kilograms of methamphetamine.

11

p.   On or about October 9, 2014, BAKTASH AKASHA and GOSWAMI participated in a telephone conversation with CS-1. During the call, which was recorded, GOSWAMI informed CS-1 that the "chickens" (referring to heroin) had arrived, and the quantity was ninety-eight.  GOSWAMI also told CS-1 that CS-1 would only need to pay for half of the ninety-eight kilograms of heroin because the Akasha Organization would cover the rest.

q.   Later on or about October 9, 2014, GOSWAMI participated in another telephone conversation with CS-1. During the call, which was recorded, GOSWAMI confirmed that they now had 198 kilograms of heroin available, and told CS-1 to collect it soon.

r.   On or about October 10, 2014, BAKTASH AKASHA, IBRAHIM AKASHA, and GOSWAMI participated in multiple telephone conversations with CS-1.  During those calls, which were recorded, GOSWAMI told CS-1 that they had access to high-quality methamphetamine and CS-1 confirmed that CS-1 wanted additional kilograms of methamphetamine to give to a broker in the United States.

s.   On or about October 12, 2014, BAKTASH AKASHA, IBRAHIM AKASHA, and GOSWAMI participated in a telephone conversation with CS-1.  During the call, which was recorded, GOSWAMI told CS-1 that IBRAHIM AKASHA would bring the sample of heroin to Nairobi the next day to deliver it to CS-1.

12

t.   On or about October 14, 2014, BAKTASH
AKASHA, IBRAHIM AKASHA, and GOSWAMI participated in a telephone
conversation with CS-1.  During the call, which was recorded,
BAKTASH AKASHA and GOSWAMI arranged for the delivery of the one-
kilogram sample of heroin to CS-2.

u.   Later on or about October 14, 2014, IBRAHIM
AKASHA gave CS-2 approximately one kilogram of heroin in
Nairobi, Kenya.

v.   Later on or about October 14, 2014, IBRAHIM
AKASHA participated in a telephone conversation with CS-1.
During the call, which was recorded, IBRAHIM AKASHA confirmed
that he had given the heroin sample to CS-2.

w.   On or about October 15, 2014, BAKTASH
AKASHA, GOSWAMI, and HUSSEIN participated in a telephone
conversation with CS-1.  During the call, which was recorded:

i.   GOSWAMI confirmed that they (GOSWAMI
and BAKTASH AKASHA) were working to get another 500 kilograms of
heroin through the "Old Man" (HUSSEIN) for CS-1 and that the
quality was the best.

ii.   HUSSEIN told CS-1 that the heroin was
high quality and from the same "kitchen," referring to the
laboratory in which the heroin was produced.

x.   On or about October 22, 2014, BAKTASH AKASHA
and HUSSEIN participated in a telephone conversation with CS-1.

13

During the call, which was recorded:

           i.   CS-1 advised that CS-1 was in New York to have the purity of the heroin sample tested.

           ii.   BAKTASH AKASHA then told CS-1 that HUSSEIN had big dreams for their business together.

         y.   On or about October 23, 2014, BAKTASH AKASHA and GOSWAMI participated in a telephone conversation with CS-1. During the call, which was recorded:

           i.   GOSWAMI confirmed that he knew CS-1 was in New York and asked CS-1 to make a down-payment for the 98 kilograms of heroin that the Akasha Organization would deliver to CS-1.

           ii.   GOSWAMI also discussed how he and CS-1 could become partners in a methamphetamine factory in the future.

         z.   On or about November 7, 2014, IBRAHIM AKASHA and a co-conspirator not named as a defendant herein ("CC-6") met with CS-1 and CS-3 in Nairobi, Kenya.  During that meeting, which was audio- and video-recorded, IBRAHIM AKASHA and CC-6 delivered approximately 98 kilograms of heroin to CS-1 and CS-3. CS-1 gave IBRAHIM AKASHA $25,000 in cash to pay for transportation fees for the heroin and $45,000 in cash for five additional kilograms of methamphetamine that the Akasha Organization had agreed to provide.

aa. Later on or about November 7, 2014, GOSWAMI sent CS-1 a text message providing the Colombian Organization with directions for the method of payment of $550,000 for half of the ninety-nine kilograms of heroin provided by the Akasha Organization.

bb. On or about November 9, 2014, IBRAHIM AKASHA met with CS-1 and CS-3 in Nairobi, Kenya. During the meeting, which was audio- and video-recorded, IBRAHIM AKASHA gave CS-1 and CS-3 one kilogram of methamphetamine and returned $34,000 in cash (i.e., the balance of the $45,000 that had been provided by CS-1 and CS-3 on November 7, 2014 for five kilograms of methamphetamine).

cc. Later on or about November 9, 2014, IBRAHIM AKASHA, the defendant, boarded a commercial flight to Mombasa, Kenya, to meet with BAKTASH AKASHA, GOSWAMI, and HUSSEIN, and CS-1 and CS-3 about their narcotics transactions.

dd. Later on or about November 9, 2014, BAKTASH AKASHA, IBRAHIM AKASHA, GOSWAMI, and HUSSEIN were arrested in Mombasa, Kenya.

(Title 21, United States Code, Sections 960(b)(1)(A), 963 & 959(c); and Title 18, United States Code, Section 3238.)

## COUNT TWO

### (Conspiracy to Import Methamphetamine)

The Grand Jury further charges:

13.   From at least in or about March 2014, up to and including the date of the filing of this Indictment, in Kenya and elsewhere, and in an offense begun outside the jurisdiction of any particular State or district of the United States, BAKTASH AKASHA ABDALLA, a/k/a "Baktash Akasha," IBRAHIM AKASHA ABDALLA, a/k/a "Ibrahim Akasha," and VIJAYGIRI ANANDGIRI GOSWAMI, a/k/a "Vijay Goswami," a/k/a "Vicky Goswami," the defendants, who will be first brought to and arrested in the Southern District of New York and whose point of entry into the United States will be the Southern District of New York, and others known and unknown, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

14.   It was a part and an object of the conspiracy that BAKTASH AKASHA ABDALLA, a/k/a "Baktash Akasha," IBRAHIM AKASHA ABDALLA, a/k/a "Ibrahim Akasha," and VIJAYGIRI ANANDGIRI GOSWAMI, a/k/a "Vijay Goswami," a/k/a "Vicky Goswami," the defendants, and others known and unknown, would and did distribute a controlled substance, intending and knowing that such a substance would be unlawfully imported into the United States or into waters within a distance of 12 miles of the coast

16

of the United States, in violation of Sections 812, 959(a) &
(c), and 960(a)(3) of Title 21, United States Code.

16.  The controlled substance involved in the offense
was 50 grams and more of methamphetamine, its salts, isomers,
and salts of its isomers, and 500 grams and more of a mixture or
substance containing a detectable amount of methamphetamine, its
salts, isomers, and salts of its isomers, in violation of
Section 960(b)(1)(H) of Title 21, United States Code.

## Overt Acts

16.  In furtherance of said conspiracy and to effect
the illegal object thereof, BAKTASH AKASHA ABDALLA, a/k/a
"Baktash Akasha," IBRAHIM AKASHA ABDALLA, a/k/a "Ibrahim
Akasha," and VIJAYGIRI ANANDGIRI GOSWAMI, a/k/a "Vijay Goswami,"
a/k/a "Vicky Goswami," the defendants, committed the overt acts
alleged in paragraph 12, supra, among others.

(Title 21, United States Code, Sections 960(b)(1)(H),
963 & 959(c); and Title 18, United States Code, Section 3238.)

## COUNT THREE

### (Distribution of Heroin for Unlawful Importation)

The Grand Jury further charges:

17.  From at least in or about March 2014, up to and
including the date of the filing of this Indictment, BAKTASH
AKASHA ABDALLA, a/k/a "Baktash Akasha," IBRAHIM AKASHA ABDALLA,
a/k/a "Ibrahim Akasha," GULAM HUSSEIN, a/k/a "Hussein

17

Shabakhash," a/k/a "Hadji Hussein," a/k/a "Old Man," and VIJAYGIRI ANANDGIRI GOSWAMI, a/k/a "Vijay Goswami," a/k/a "Vicky Goswami," the defendants, intentionally and knowingly did distribute a controlled substance, to wit, one kilogram and more of a mixture and substance containing a detectable amount of heroin, and aided and abetted the same, intending and knowing that such substance would be imported into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 959(a) and 960(b)(1)(A).

    (Title 21, United States Code, Sections 959(a) & 960(b)(1)(A);
       and Title 18, United States Code, Sections 2 & 3238.)

## COUNT FOUR

### (Distribution of Methamphetamine for Unlawful Importation)

    The Grand Jury further charges:

    18. From at least in or about March 2014, up to and including the date of the filing of this Indictment, BAKTASH AKASHA ABDALLA, a/k/a "Baktash Akasha," IBRAHIM AKASHA ABDALLA, a/k/a "Ibrahim Akasha," and VIJAYGIRI ANANDGIRI GOSWAMI, a/k/a "Vijay Goswami," a/k/a "Vicky Goswami," the defendants, intentionally and knowingly did distribute a controlled substance, to wit, 50 grams and more of methamphetamine, its salts, isomers, and salts of its isomers, and 500 grams and more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers,

18

and aided and abetted the same, intending and knowing that such substance would be imported into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 959(a) and 960(b)(1)(H).

(Title 21, United States Code, Sections 959(a) & 960(b)(1)(H); and Title 18, United States Code, Sections 2 & 3238.)

### FORFEITURE ALLEGATION

19.   As a result of committing the controlled substance offenses alleged in Counts One, Two, Three, and Four of this Indictment, BAKTASH AKASHA ABDALLA, a/k/a "Baktash Akasha," IBRAHIM AKASHA ABDALLA, a/k/a "Ibrahim Akasha," GULAM HUSSEIN, a/k/a "Hussein Shabakhash," a/k/a "Hadji Hussein," a/k/a "Old Man," and VIJAYGIRI ANANDGIRI GOSWAMI, a/k/a "Vijay Goswami," a/k/a "Vicky Goswami," the defendants, shall forfeit to the United States pursuant to 21 U.S.C. §§ 853 and 970, any and all property constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the said violation, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts One, Two, Three, and Four of this Indictment.

19

## Substitute Assets Provision

20.   If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

  a.   cannot be located upon the exercise of due diligence;

  b.   has been transferred or sold to, or deposited with, a third party;

  c.   has been placed beyond the jurisdiction of the court;

  d.   has been substantially diminished in value; or

  e.   has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Sections 853(p) and 970, to seek forfeiture of any other property of the defendants up to the value of the forfeitable property.

(Title 21, United States Code, Sections 853 & 970.)

_____
FOREPERSON

_____
PREET BHARARA
United States Attorney

20

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

BAKTASH AKASHA ABDALLA,
a/k/a "Baktash Akasha,"
IBRAHIM AKASHA ABDALLA,
a/k/a "Ibrahim Akasha,"
GULAM HUSSEIN,
a/k/a "Hussein Shabakhash,"
a/k/a "Hadji Hussein,"
a/k/a "Old Man," and
VIJAYGIRI ANANDGIRI GOSWAMI,
a/k/a "Vijay Goswami,"
a/k/a "Vicky Goswami,"

Defendants.

---

SUPERSEDING
INDICTMENT

S5 14 Cr. 716

(21 U.S.C. §§ 959(a), 959(c), 963;
18 U.S.C. §§ 2, 3238.)

PREET BHARARA
United States Attorney.

A TRUE BILL

Foreperson.

11/10/14  Filed Superseding Indictment

Judge Netburn