**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 12, 2024

**BY ECF**

Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Vijaygiri Goswami,*
              14 Cr. 716 (VM)

Dear Judge Marrero:

    The Government respectfully submits this letter to request an adjournment of the defendant's sentencing control date scheduled for March 15, 2024, by approximately 90 days on consent of the parties.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:   /s/
    Michael D. Lockard / Jane Chong
    Assistant United States Attorneys
    (212) 637-2193 / -2263

cc: Counsel of record (by ECF)