USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/3/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

           - against -

VIJAYGIRI GOSWAMI,

                     Defendant.

14 Cr. 716 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    The Court is in receipt of the letter motion from defendant Vijaygiri Goswami ("Defendant"), dated July 1, 2024, requesting that the Court issue an order directing Hudson County Correctional Facility to ensure that he promptly receives adequate medical evaluation and treatment for his condition.

    Defendant is hereby directed to provide medical records of his treatment at the Hudson County Correctional Facility, and the Government is directed to respond to Defendant's request within five (5) days of the entry of this Order. Defendant's letter motion and any subsequent correspondence on this issue shall be filed under seal, with redacted copies filed on the public docket.

**SO ORDERED.**

Dated:    3 July 2024
          New York, New York

_____
Victor Marrero
U.S.D.J.

1